

# NUMBER 13-18-00276-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ZINA M. BURKETT

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Hinojosa
### Memorandum Opinion by Justice Contreras[1]

Relator Zina M. Burkett filed a petition for writ of mandamus in the above cause seeking to compel the trial court to rule on a motion to enforce child support. Relator now informs us that the trial court signed an order on June 19, 2018 which renders this original proceeding moot. She requests that we dismiss this original proceeding.

The Court, having examined and fully considered the petition for writ of mandamus, the record, and the additional filings provided by the parties to this original proceeding, is

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *see id.* R. 47.4 (distinguishing opinions and memorandum opinions).

of the opinion that this matter has been rendered moot. *See City of Krum, Tex. v. Rice*, 543 S.W.3d 747, 749 (Tex. 2017) (per curiam) (stating that a case is moot when either no live controversy exists between the parties or the parties have no legally cognizable interest in the outcome); *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 162 (Tex. 2012) ("Put simply, a case is moot when the court's action on the merits cannot affect the parties' rights or interests."); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal."). Accordingly, we REINSTATE this original proceeding, GRANT relator's motion to dismiss this original proceeding, and DISMISS the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a).

DORI CONTRERAS
Justice

Delivered and filed the
25th day of June, 2018.